2006-90306
FILED
October 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003016270

RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:
SUSAN A MILLIGAN
###-##-0030
         Debtor(s).

Case No: 06-90306-A-13
CHAPTER 13
ORDER DISMISSING CASE
RE: NOTICE OF DEFAULT
AND INTENT TO DISMISS
CASE

Russell D. Greer, Chapter 13 Standing Trustee, properly served a Notice of Default and Intent to Dismiss Case on Debtor(s). Debtor(s) was/were required to cure the plan default within thirty (30) days of the date the Notice was mailed, by payment, or by filing a motion to modify plan and having it heard and approved within thirty (30) days thereafter, or by requesting a hearing on the Notice and providing evidence that a default has not occurred. Based on the Declaration in Support of Order Dismissing Case, and the failure of Debtor(s) to cure the default by payment or obtaining approval of a modified plan or provide evidence that a default has not occurred,

**IT IS HEREBY ORDERED** that the case is dismissed.

Dated: October 21, 2010

_Robert Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court

RECEIVED
October 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003016270

1